IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JILL CARUSO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-2950 |
| § | |
| HIGHLAND VILLAGE HOLDING, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 10 ). The motion is granted. The initial pretrial and scheduling conference is reset to **January 27, 2012, at 9:00 a.m.** The joint discovery/case management plan is due by January 13, 2012.

SIGNED on December 8, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge